AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Riccardo Vanorio,

          Plaintiff,

v.

Tricolor Auto Group, LLC,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-01583-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered against Defendant Tricolor Auto Group, LLC, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, in the amount of $5,674.75.

10/24/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk